

**CHRISTUS
ST. PATRICK**
Hospital

## CERTIFICATION OF RECORDS

I hereby certify that the attached documents are true and correct photocopies

of the original records and information on file for _Carroll, George_ with

this health care provider; and that said records were prepared during the ordinary

course of business and by personnel acting under the supervision of provider.

_Alvinette Crager_

Alvinette Crager, A.R.T.
Manager, Medical Records

DATE  11/6/06

DEFENDANT'S
EXHIBIT
1

524 South Ryan Street   Lake Charles  LA 70601
Tel 318 436 2511

## CHRISTUS ST. PATRICK HOSPITAL
## LAKE CHARLES, LOUISIANA

### HISTORY & PHYSICAL

| | |
|---|---|
| PATIENT NAME: Carroll, George Allen | DATE OF BIRTH: 11/17/1944 |
| CASE NO.: 0408000073 | MEDICAL RECORD NO.: 0000330516 |
| PHYSICIAN: Gary Kohler, MD | ADMIT DATE: 03/21/2004 |
| ROOM NO.: 2307 | PATIENT TYPE: IPL |

**PRESENT ILLNESS:**
The patient is a 59-year-old African-American gentleman who apparently works for a delivery company where he delivers chemicals, including oxygen and nitrogen. He has been doing this for the past five years, according to the family. The history that I obtain from the family is that he was delivering at a local plant when one of the operators found him face down on the ground outside near his trailer. He was not in an enclosed environment. Workers went to rescue him, at which time they became light-headed and dizzy, left the scene, put on fresh-air pack and went back in and rescued him. He presented to the emergency room by ambulance, by the family's history. Blood gas abnormality was noted and subsequent carbon monoxide level returned at 39. He was intubated at that point, which was apparently a difficult intubation and required several attempt including attempts by anesthesia prior to success. He underwent CT scan of his brain which revealed no acute abnormalities. He was placed on Cardizem drip and Diprivan. The emergency room physician attempted to arrange hyperbaric transfer without success, at which point I was contacted for admission. He has been ventilated the past several hours on 100% oxygen.

**PAST HISTORY:**
Past medical history is given by the family.
MEDICAL: Hypertension for which he takes Lotensin. He is on Nexium for what I presume is dyspepsia versus gastroesophageal reflux disease. Borderline diabetes mellitus. They deny any history of heart disease, congestive heart failure, cerebrovascular disease, seizure disorder, carcinoma, liver disease, or deep venous thrombosis.
SURGICAL: None.
ALLERGIES: No known drug allergies.

**SOCIAL HISTORY:**
He is married. He has not smoked in many years. He has no ethanol use. He has worked for this company for the past five years and, prior to this, his wife states he has always been a "trucker."

**FAMILY HISTORY:**
Noncontributory.

**PHYSICAL EXAMINATION:**
VITAL SIGNS: Temperature: Afebrile. BP: 110/80 on 10 mcg per kg per minute of dopamine. He is also on Cardizem at 5 mg an hour, and is currently in sinus rhythm. His initial electrocardiogram revealed atrial fibrillation.
GENERAL: I stopped his Diprivan. He is somewhat lethargic but will follow commands and move all extremities.
HEENT: Pupils equal, round, reactive to light and accommodation. Sclerae anicteric. He has a nasogastric tube in place and an endotracheal tube per os.
NECK: He does have jugular venous distention. No adenopathy or thyromegaly.

**HISTORY & PHYSICAL**                                                      **Page 1 of 2**
CHART COPY

PATIENT NAME:    Carroll, George Allen
CASE NO.:  0408000073

HEART: Regular rate. Distant heart tones. No audible $S_3$.
CHEST: Scattered rhonchi.
ABDOMEN: Bowel sounds are present but diminished. No hepatosplenomegaly, masses or tenderness.
EXTREMITIES: Pulses are intact. He has on pathologic reflexes.

## LABORATORY AND X-RAY:
His chest x-ray does reveal some faint bilateral air space disease. Initial electrocardiogram showed atrial fibrillation with ST depression inferiorly and diffuse ST changes across his precordium. His electrocardiogram this morning is much improved with sinus rhythm and nonspecific ST-T changes. Initial cardiac enzymes are negative. Initial carboxyhemoglobin level was 39. He had significant anion gap. CBC was unremarkable. Urine drug screen revealed benzodiazepines but he did receive this in the emergency room.  Arterial blood gases are reviewed in detail.

## IMPRESSIONS:
1.  Carbon monoxide poisoning.
    a.  Severe in nature.
2.  Respiratory failure secondary to above.
3.  Shock.
4.  Arteriosclerotic vascular disease.
    a.  History of hypertensive heart disease.
    b.  Atrial fibrillation which has resoled.
5.  Elevated glucose.
    a.  Stress-induced versus diabetes mellitus.
6.  Possible obstructive sleep apnea per discussion of symptoms with family.
7.  Abnormal chest x-ray.
    a.  Rule out pulmonary edema – cardiogenic versus noncardiogenic.

## PLAN:
Optimize mechanical ventilation and wean as tolerated as mental status and lung function tolerates. Will dose with Lasix. Decrease his IV fluids and change to half-normal with potassium. Attempt to wean his dopamine and discontinue his Diprivan and diltiazem. Close monitoring and control. Check hemoglobin A$1_c$. Deep venous thrombosis prophylaxis. Clean his lip laceration which I failed to mention in his history of present illness. He has a small lower lip laceration. We will clean it with hydrogen peroxide and administer a tetanus toxoid IM.

I discussed with the family in detail. We do not know exactly how long he was down in this environment. He may well be left with some subtle mental impairment but time is the only thing that will tell. I have also discussed the possibility of possible psychological testing down the road should he appear to have an impairment. Other recommendations pending results of the above.

SIGNATURE _____

Gary Kohler, MD

GK/bjs
DD: 03/21/2004  6:49 A
TD: 03/21/2004  9:15 A
Job #001267 / Document #172287
cc:    Gary Kohler, MD

**HISTORY & PHYSICAL**                                                **Page 2 of 2**

## CHRISTUS ST. PATRICK HOSPITAL
## LAKE CHARLES, LOUISIANA

### DISCHARGE SUMMARY

| | |
|---|---|
| PATIENT NAME: Carroll, George Allen | DATE OF BIRTH: 11/17/1944 |
| CASE NO.: 0408000073 | MEDICAL RECORD NO.: 0000330516 |
| ADMIT DATE: 03/21/2004 | DISCHARGE DATE: 03/25/2004 |
| ROOM NO.: | PATIENT TYPE: IPL |
| PHYSICIAN: Gary Kohler, MD | |

**FINAL DIAGNOSES:**
1. Carbon monoxide poisoning.
2. Respiratory failure secondary to the above.
3. Shock, secondary to the above which has resolved.
4. Atherosclerotic cardiovascular disease.
   a. Hypertensive heart disease.
   b. Paroxysmal atrial fibrillation, resolved.
5. Stress-induced hyperglycemia.
6. Possible obstructive sleep apnea.
7. Rhabdomyolysis secondary to carbon monoxide poisoning.

The patient was a 59-year-old African-American gentleman who presented as outlined in the present illness with severe carbon monoxide poisoning. We were unable to arrange transfer for hyperbaric therapy. He was ventilated on 100% oxygen and once he awakened, he was rapidly weaned from mechanical ventilation. Troponin did return elevated and CK was consistent with mild rhabdomyolysis. He was seen in consultation with Dr. C. Thompson and an echocardiogram was unremarkable. He underwent an adenosine Myoview scan which showed no evidence of ischemia.

He responded well to therapy. He had some stress-induced hyperglycemia which resolved. He remained with neurologic symptoms consisting of a headache and some unsteady gait.

He was discharged to home to be followed in the office. He had some intermittent atrial fibrillation which resolved.

SIGNATURE _____

Gary Kohler, MD

GK/eam
DD: 06/23/2004
TD: 06/26/2004 9:58 A
Job #028940 / Document #184604
cc:   Gary Kohler, MD

$\mathcal{N}euro\ \mathcal{A}ssociates$
$\mathcal{N}eurology$
ELECTROMYOGRAPHY, ELECTRODIAGNOSIS

$\mathcal{F}ayez\ \mathcal{K}.\ \mathcal{S}hamieh,\ \mathcal{M}.\mathcal{D}.$
A MEDICAL CORPORATION
$\mathcal{S}leiman\ \mathcal{S}.\ \mathcal{S}alibi,\ \mathcal{M}.\mathcal{D}.$
$\mathcal{R}eynard\ \mathcal{C}.\ \mathcal{O}denheimer,\ \mathcal{M}.\mathcal{D}.$

July 11, 2006

Robert C. McCall

Re: George Carroll
DOB: 11/17/44
SS#: 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

Dear Mr. McCall:

This correspondence is in response to your request for a written narrative regarding my opinion on Mr. Carroll and his prognosis.

Mr. Carroll is a very pleasant man well-known to my service who originally presented in April 2004 after having survived carbon monoxide poisoning while at work in March 2004. This resulted in loss of consciousness and hospitalization. Despite his remarkable survival from this near lethal poisoning, he has been left with significant sequelae. His residual problems from this carbon monoxide exposure includes, but is not limited to his persistent sleep disturbance, dizziness, headache, attention deficit, hypersomnolence, mood disturbance, sensory disturbance, memory disturbance, and visual disturbance. Although his obvious prognosis for survival is good, his prognosis for further recovery is poor. He will likely continue to experience his current sequela for the rest of his life, and these will be exacerbated by normal aging. Despite aggressive efforts to treat his symptoms and his willingness to comply with our efforts, we have made little progress in his management. Eventually, we were able to facilitate referral to psychiatry who has been assisting us in his management. We have most recently referred him to TIRR for evaluation and possible management through their facility regarding brain injury. We have also referred him to Dr. Kaimal for second opinion and management of persistent sleep disturbance.

DEFENDANT'S
EXHIBIT
2

Robert C. McCall                                              07/11/06
Re:  George Carroll
Page 2


We are awaiting Workman's Comp to approve these referrals and feel they are
essential in order to optimize Mr. Carroll's quality of life.  Referral to TIRR was
previously discussed as documented in Medical and Disability Case Manager
Conference Report of September 13, 2005.  Despite our limited effectiveness to
date, we are hopeful that with medication and time some of Mr. Carroll's
symptoms can be reduced, though he is unlikely to fully recover from this
poisoning.

If I may be of further assistance to you in this matter, please feel free to contact
me.

Sincerely,

Reynard C. Odenheimer, M.D.
RCO/srg/38

*Neuro Associates*
*Neurology*
ELECTROMYOGRAPHY, ELECTRODIAGNOSIS

*Fayez K. Shamieh, M.D.*
A MEDICAL CORPORATION
*Sleiman S. Salibi, M.D.*
*Reynard C. Odenheimer, M.D.*

George Carroll                  Ref:  Dr. Gary Kohler                  05/05/04

## ELECTROMYOGRAPHY

Monopolar needle electrode evaluation was performed on selected muscles of both upper extremities.  Muscles studied included bilateral deltoids, biceps, triceps, pronator teres, extensor digitorum communis, first dorsal interosseous, abductor digiti minimi, and abductor pollicis brevis muscles.  There was an increase in polyphasic motor unit potentials of increased duration and amplitude in bilateral abductor pollicis brevis, first dorsal interosseous, abductor digiti minimi, and to a lesser extent the right triceps, pronator teres, and extensor digitorum communis muscles.  All other muscles studied had motor unit potentials of normal morphology.   Voluntary recruitment was within normal limits in each of the muscles studied.  No abnormal insertional or spontaneous activity was appreciated.

## MOTOR NERVE CONDUCTION STUDIES

Right median.  Distal latency 5.7 msec stimulated at the wrist.  Amplitude 8.0 mv. Conduction velocity from the elbow to the wrist is 48.2 M/sec.  F-wave latency 36.4 msec.

Right ulnar.  Distal latency 3.2 msec stimulated at the wrist.  Amplitude 7.9 mv. Conduction velocity from below the elbow to the wrist is 47.8 M/sec.  Conduction velocity across the elbow is 50.0 M/sec.  F-wave latency 34.9 msec.

Left median.  Distal latency 6.4 msec stimulated at the wrist.  Amplitude 7.3 mv. Conduction velocity from the elbow to the wrist is 49.1 M/sec.  F-wave latency 37.4 msec.

Left ulnar.  Distal latency 3.3 msec stimulated at the wrist.  Amplitude 9.9 mv. Conduction velocity from below the elbow to the wrist is 48.4 M/sec.  Conduction velocity across the elbow 42.6 M/sec.  F-wave latency 36.0 msec.

DEFENDANT'S
EXHIBIT
3

George Carroll
Page 2

## SENSORY NERVE ACTION POTENTIALS

Right median palmar. Distal latency 4.5 msec. Amplitude 4.6 uv. Conduction velocity 18.0 M/sec.

Right ulnar palmar. Distal latency not recordable.

Left median palmar. Distal latency not recordable.

Left ulnar palmar. Distal latency not recordable.

Right superficial radial. Distal latency 1.8 msec. Amplitude 23.0 uv. Conduction velocity 55.6 M/sec.

Left superficial radial. Distal latency 2.1 msec. Amplitude 40.8 uv. Conduction velocity 47.6 M/sec.

## IMPRESSION

Abnormal electrodiagnostic study of both upper extremities consistent with:

1. Bilateral median neuropathies at the wrists, left worse than right.
2. Bilateral ulnar neuropathies at the wrists.
3. Mild right C7 radiculopathy.

Thank you for this referral.

Reynard C. Odenheimer, M.D.
RCO/srg/46


cc: Workman's Comp



R. Craig Broussard, M.D., FCCP

Gary J. Kohler, M.D., FCCP

B.F. Thompson III, M.D., FCCP, FACP

Manley M. Jordan, M.D., FCCP

August 4, 2006

RE:  George Carroll
SS# 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

To Whom It May Concern:

I initially evaluated George Allen Carroll on March 21, 2004 at Christus St. Patrick's Hospital.  At that time, he was a 59 year old African American gentleman who was delivering tanks to a local plant when he was found face down on the ground outside.  The history that I obtained is that rescue workers who went to help him became light headed and dizzy, and at the scene put on fresh air packs and went back in to rescue him.

He presented to the emergency room by ambulance and which blood gas abnormality noted subsequent carbon monoxide level at 39.  He was intubated at that point.  He intubated and mechanically ventilated with 100% oxygen.  We attempted to arrange hyperbaric oxygen therapy, but were unsuccessful and unable to transfer him.  The diagnosis at that point included severe carbon monoxide poisoning with subsequent respiratory failure and shock.  He had evidence of significant gas inhalation on his chest x-ray.  He also had atrial fibrillation.  He also had rhabdomyolysis likely as a direct result of carbon monoxide poisoning.  He was successfully extubated and discharged home.

Since that time, I have followed him periodically in the office.  He continues to suffer from chronic headaches as well as sleep disturbance, which I feel are likely the result of his carbon monoxide exposure.  He has also been diagnosed with neuropathy.  I feel these are all sequelae of his significant and severe exposure to carbon monoxide and will be chronic conditions from this point forward.

Sincerely,

GARY J. KOHLER, M.D., FCCP
GK/pl

2770 3rd Avenue

Suite 110

Lake Charles, LA 70601

Phone (337) 494-2750

Toll Free 1 (877) 734-2750

Fax (337) 494-2760



DEFENDANT'S
EXHIBIT
4



# HEALTH ASSOCIATES
## OF LAKE CHARLES

2800 1st Avenue, Suite A • Lake Charles, Louisiana 70601 • 337-491-9880 • Fax 337-491-9854

July 11, 2006

Mr. Robert McCall
Attorney at Law
P O Drawer 7820
Lake Charles, La. 70606-7820

Re: George Carroll
DOB: 11/17/44
SSN: 438 58 4936

Dear Mr. McCall:

The following constitutes a report on Mr. George Carroll, 2909 Admiral
Nimitz, Lake Charles, Louisiana 70615, who presented for treatment in
reference to a chemical exposure on March 20, 2004.

I first saw Mr. Carroll on April 12, 2004 when he reported that he had been
exposed to carbon monoxide on March 20, 2004. The patient stated that he
"passed out" and was taken to St. Patrick's Hospital and admitted for 5 days.
While in the hospital, Mr. Carroll was under the care of Dr. Gary Kohler
(pulmonologist). I have not seen or reviewed his hospital or emergency
room records.

Examination:

The patient reported headaches, light-headedness, facial and rib pain.
Findings included contusions to the face, nose and lip and also an elevated
blood sugar.

DEFENDANT'S
EXHIBIT
5

2—George Carroll continued

Diagnosis:

My diagnosis on Mr. Carroll was carbon monoxide poisoning, contusions to the face and ribs from the fall and (new onset) of Diabetes Mellitus Type II. The patient had been placed on steroids while in the hospital and as an outpatient following the exposure. I concluded that the steroid therapy and the stress of the exposure induced the diabetes. Mr. Carroll had a previous diagnosis of hypertension and acid reflux.

Treatment:

I continued to see George monthly and followed him for his diabetes and hypertension. He continued to complain of headaches, blurred vision, dizziness, insomnia and fatigue. He was under the care of Dr. Kohler and Dr. Odenheimer for these complaints. His diabetes and hypertension were controlled with medications and diet.

Prognosis/Summary:

To summarize, it is my opinion that Mr. Carroll had carbon monoxide exposure on March 20, 2004. His complaints of headaches, vision disturbances, insomnia, fatigue, and light-headedness began at that time. I also diagnosed Diabetes Type II, which was not present prior to his exposure.

He has been under my care and treatment for the diabetes, hypertension and acid reflux and I consider these problems to be stable and controlled at the time of his last office visit on December 29, 2005.

I would defer to the opinions of the specialists who have been treating him for his other complaints and conditions as to their severity and prognosis.

If I can be of any further assistance, please do not hesitate to call my office.

Sincerely,

Earl R. Stagg M.D.

# Jonathan S. Rutchik, MD, MPH
## Neurology and Electromyography
## Occupational and Environmental Medicine
*Diplomat of the American Board of Psychiatry and Neurology (Neurology)*
*Diplomat of the American Board of Preventive Medicine (Occupational and Environmental Medicine)*
http://www.NEOMA.com

20 Sunnyside Avenue, Suite A-321                            PHONE: 415-381-3133
Mill Valley, Ca 94941                                      FAX: 415-381-3131
Email:jsrutch@neoma.com                                    CELL: 415-606-1465

**CALIFORNIA STATE QUALIFIED MEDICAL EXAMINER**
San Francisco, Richmond, Petaluma, Sacramento and Arcata, California

Alan Dean Weinberger
Middleberg Riddle & Gianna
201 St. Charles Ave., Suite 3100
New Orleans, LA  70170-3100
Tel:    (504) 525-7200
Direct: (504) 207-7308
Fax:    (504) 581-5983
email:  aweinber@midrid.com

DEFENDANT'S
EXHIBIT
6

**RE: GEORGE CARROLL: CARBON MONOXIDE POISONING CASE.**

**DATE: AUGUST 7, 2006**

## INTRODUCTION:

I have been asked to provide an opinion regarding what environmental or
occupational conditions are necessary to render George Carroll with a blood
carboxyhemoglobin (COHb) level of 39%.   In doing such, I will cite references pertinent
to this case and provide a brief summary of each.  Conclusions are below.

## MATERIAL REVIEWED and DISCUSSION:

The Coburn, Forster, Kane (CFK) equation is accepted as the best all-around equation for
predicting COHb levels in persons exposed to CO **(USEPA, 1999)**.  The CFK equation is
valid over a wide range of conditions, including sizable differences in CO levels,
durations of exposure, and exercise conditions **(Leikauf and Prows, 2001)**.  Authors cite
a study were researches, using the CFK equation, developed a graph showing predicted
and observed CO uptake (COHb formation) under varying exposure conditions.  Using
this graph, I estimate that Mr. Carroll would have to of been exposed to 500 ppm CO for
approximately 300 minutes to achieve a COHb level of 39%.

**W.H. Forbes in 1970** constructed a graph to show the percent COHb in blood vs.
atmospheric CO at one hour, two hours, four hours, and infinite time increments.
According to this graph a %COHb of 39 in blood would take approximately 4 hours at a

CO level in the atmosphere of 600 ppm. Forbes does however note that there are considerable individual variations. He cites studies in 1945 which showed the spread between the fastest absorber of CO and the slowest was about 25%. Furthermore, differences in dead space and diffusion coefficients of the lungs, which can affect uptake rates, were taken into consideration for this paper.

**Beckett, In Rom 1998,** writes that the permissible exposure limit (PEL), as set forth by the Occupational Safety and Health Administration (OSHA), for an 8-hour time-weighted average is 50 ppm, which would produce a level of COHb slightly greater than 6% after 8 hours' exposure at rest. A healthy adult (without coronary artery disease) at rest exposed to CO at a level of 1000 ppm will produce a COHb in excess of 25% within one hour. Furthermore, one can estimate the attained percent COHb as a function of inhaled CO (in ppm), from the duration of exposure, and minute ventilations using the following:

$$\%COHb = [CO]_{air} \; x \; KT$$

where $[CO]$ is the air concentration of CO in ppm, $K$ is a constant that varies with minute ventilations, which is usually dependant on physical activity from 0.018 at rest to 0.048 with light work, and $T$ is the duration of exposure in hours.

In this incident Mr. Carroll was potentially exposed to 500 ppm CO in air (as measured at the scene of the incident) for a period no longer than 0.1 hrs (6 minutes) while doing light work. Using the above equation we find that Mr. Carroll's COHb would be approximately 2.4% (see below).

> *%COHb* = 500 ppm x 0.048(0.1)
> *%COHb* = 500 ppm x 0.0048
> *%COHb* = 2.4%

Manipulating the formula to fit this situation, where Mr. Carroll's COHb was recorded at 39%, we find that Mr. Carroll would have to of been exposed to approximately 8,125 ppm of CO (see below); however, 1,200 ppm is considered to be immediately dangerous to life and health.

> *[CO]$_{air}$* = %COHb / RT
> *[CO]$_{air}$* = 39% / 0.048(0.1)
> *[CO]$_{air}$* = 39% / 0.0048
> *[CO]$_{air}$* = 8,125 ppm

Adjusting the formula to estimate the length of time Mr. Carroll would have to have been exposed to 500 ppm to achieve a COHb of 39% we find that he would have to have been exposed for approximately 1.63 hours (see calculation):\

> **39%** = 500 ppm x 0.048 (*T*)
> *T* = 39% / 500 ppm x 0.048
> *T* = 39% / 24
> *T* = **1.625 hours**

**Feldman in 1999** reported several case studies of CO poisoning. In one study nine employees of a Vermont pharmacy were exposed to CO on two occasions, 4 days apart. On the first occasion, one employee lost consciousness, but this person was diagnosed with vasovagel syncope. It was on the second occasion that questions of CO poisoning were raised as two of the employees lost consciousness 4 hours after arriving at work. Carboxyhemoglobin levels were documented in six of the nine employees and ranged from 6.7% to 25.3%. The Vermont Department of Health determined that the propane-powered floor refinishing machine used by a subcontractor who cleaned the floors before employees arrived for work was responsible. Carbon monoxide concentrations in the exhaust from the machine's engine ranged from 3,000 ppm at idle to 5,000 ppm at full throttle. On the two mornings after the floor refinisher had been used CO levels were estimated to have ranged from 507 to 1,127 ppm.

In another case study, a 40-year-old male was admitted to a local hospital after being found alone in his home in an obtund state. The patient's blood COHb level 1 hour after admission was 30%. It was found that the furnace in the patient's home was emitting approximately 2,000 ppm CO (0.02%), which had accumulated because of poor ventilation in the home.

Professional drivers (e.g., long-haul drivers and delivery drivers) are typically exposed to a higher level of CO than the ordinary persons. In the cabin of a truck, CO levels frequently exceed those in ambient air, especially if the truck's exhaust system is faulty **(Weisel, 1992)**.

Presence of a significant blood COHb (>30%) causes hypoxia **(McKee and Bachman, 2000)**. Blood COHb level is dependent on CO concentration, duration of CO exposure, exercise (increases the amount of air inhaled and exhaled per unit time and the pulmonary diffusing capacity for CO), ambient air pressure, health status, and the specific metabolism of the exposed person. Authors further state that persons with a history of cardiovascular disease are believed to be particularly sensitive to ambient levels of CO. Other persons who may be sensitive to CO exposure include, among others, patients with congestive heart failure, peripheral vascular or cerebrovascular disease, hematological diseases such as anemia, and obstructive lung diseases, as well as persons exposed to other pollutants (e.g., solvents).

**Auger, et al (1999)** detail a case report on an unusual CO poisoning case. In their report a 33-year-old male and a 29-year-old female were taken to a hospital in Quebec City, Quebec, Canada suffering from severe headache, dizziness, extreme fatigue, nausea, and palpitations. The male patient reports that he lost consciousness for several minutes the day of the incident. Blood samples taken 2 hours after arrival at the hospital showed a COHb of 29.6% for the man and 24.7% for the woman. It was later determined that construction being done near the couples' home caused an increase of CO in the basement. Investigators estimated that the couple was exposed to approximately 500 ppm CO for over 16 hours.

**CONCLUSIONS:**

It is my professional opinion that Mr. Carroll would had to have been exposed to approximately 500 ppm CO for a period of time between 1.63 – 5 hours to achieve a COHb level of 39%. My review of materials for this case found no incidences of persons having such high COHb levels (>30%) under acute exposure circumstances; however, as seen in these materials, there is a large degree of variation between exposure and a resulting blood COHb level. As Mr. Carroll is an older gentleman with a history of smoking and coronary artery disease, it is possible that he is far more susceptible to the effects of CO exposure thereby contributing to his excessive COHb level.

**REFERENCES:**

Auger PL, et al. An Unusual Case of Carbon Monoxide Poisoning. Env Hlth Persp. 1999;107 (7):603-605.

Beckett WS. Chemical Asphyxiants In Rom WN's Environmental & Occupational Medicine, Third Edition, Lippincott-Raven Publishers, 1998.

Feldman RG. Occupational & Environmental Neurotoxicology. 1999 Lippincott-Raven Publishers.

Forbes WH. Carbon monoxide uptake via the lungs. Ann NY Acad Sci. 1970; 174:72-75.

McKee DJ and Bachman JD. "Air Pollution." In Harris RL's Patty's Industrial Hygiene, Fifth Edition, Volume 4. Edited by. New York: John Wiley & Sons, Inc. 2000

Leikauf GD and Prows DR, " Inorganic Compounds of Carbon, Nitrogen and Oxygen" In Bingham E, Cohrssen B, Powell CH's Patty's Toxicology, Fifth Edition, Volume 3, New York: John Wiley & Sons, Inc. 2001.

U.S. Environmental Protection Agency. Air Quality Criteria for Carbon Monoxide, External Review Draft. October 1999.

Weisel CP, Lawryk NJ, Lioy PJ. Exposure to emissions from gasoline within automobile cabins. J Exp Analysis Environ Epi. 1992;2:79-96.

*8.2.06*

Jonathan S. Rutchik, MD, MPH

**JONATHAN SILVER RUTCHIK, MD, MPH**
**Neurology and Electromyography, Neurotoxicology and Environmental and Occupational Medicine**
**20 Sunnyside Avenue, Suite A-321, Mill Valley, CA 94941**
**TEL: 415-381-3133; FAX: 415-381-3131; CELL: 415-606-1465**
**Email: Jsrutch@neoma.com; http://www.NEOMA.com**

## *PROFESSIONAL TRAINING, EDUCATION AND HONORS*

**BOSTON UNIVERSITY MEDICAL CENTER, BOSTON, MA.**                July 1995-June 1997
*RESIDENCY TRAINING IN ENVIRONMENTAL AND OCCUPATIONAL MEDICINE*

    **DEPARTMENT OF LABOR, OSHA, WASHINGTON, DC.**              Summer 1996
    *Internship; Office of Occupational Medicine*

    **CLEAN HARBORS, INC. BRAINTREE, MA.**                      Fall 1996
    *Corporate medicine internship;* consultant to environmental services and hazardous waste company.

    **BOSTON UNIVERSITY LABORATORIES**                          Fall and Spring 1996-7
    *Corporate internship* re medical surveillance program for workers exposed to *dioxins and polyaromatic hydrocarbons.*

    **MASSACHUSETTS INSTITUTE OF TECHNOLOGY CAMBRIDGE, MA.**     Spring 1997
    *Clinical Elective: Department of Environmental Medical Services, Robert McCunney, MD, MPH.*
    Clinical occupational medicine including asbestos physicals.  Projects on diagnosis, treatment and neurophysiology related to
    repetitive strain injury and ergonomics; workers' compensation and return to work systems; and latex allergies.

    **BETH ISRAEL-DEACONESS MEDICAL CENTER**                    Spring 1997
    **NEUROPHYSIOLOGY LABORATORY, DEPT OF NEUROLOGY, BOSTON, MA.**
    *Electromyography training.*  Under the direction of Seward Rutkove, MD.

**BOSTON UNIVERSITY SCHOOL OF PUBLIC HEALTH,  BOSTON, MA.**       July 1995 to May 1997
*MASTER'S OF PUBLIC HEALTH*

**BOSTON UNIVERSITY MEDICAL CENTER, BOSTON, MA.**                July 1995-June 1996
*CLINICAL FELLOWSHIP IN ENVIRONMENTAL AND OCCUPATIONAL NEUROLOGY*

**AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY.**           July 1995 to June 1997
*CLINICAL FELLOWSHIP IN ENVIRONMENTAL MEDICINE*

**MOUNT SINAI MEDICAL CENTER, NY, NY.**                         July 1992 to June 1995
*RESIDENCY TRAINING IN NEUROLOGY*

**ST. LUKE'S-ROOSEVELT HOSPITAL CENTER, ST. LUKE'S DIVISION, NY, NY**     June 1990 to July 1991
*INTERNAL MEDICINE INTERNSHIP*

**HAHNEMANN  MEDICAL COLLEGE,  PHILADELPHIA, PA.**               August 1986 to May 1990
*DOCTOR OF MEDICINE*

**COLUMBIA COLLEGE IN THE  CITY OF NEW YORK, NY, NY.**           August 1982 to June 1986
*BACHELOR OF ARTS. DEAN'S LIST.* 1982 and 1984

**COLUMBIA COLLEGE OF PHYSICIANS AND SURGEONS. New York, NY**    Summers 1984, 1985
*FELLOWSHIP AT THE H. HOUSTON MERRITT MUSCLE RESEARCH CENTER*

Jonathan S. Rutchik, MD, MPH

## ACADEMIC AND RESEARCH POSITIONS

UNIVERSITY OF CALIFORNIA AT SAN FRANCISCO.                                       August 2000 to present
ASSISTANT PROFESSOR.  DEPT MEDICINE. DIV OF OCC. AND ENV. MEDICINE.

WORLD HEALTH ORGANIZATION (WHO)                                                 July 1999
*VISITING SCIENTIST,  INTERNATIONAL POISON CONTROL SERVICE (IPCS).*

BOSTON UNIVERSITY, SCHOOL OF MEDICINE, BOSTON, MA.                              July 1998 to 2000
*ADJUNCT CLINICAL INSTRUCTOR, DEPT OF NEUROLOGY*

BOSTON UNIVERSITY, SCHOOL OF PUBLIC HEALTH, BOSTON, MA.                         1998 to 1999.
*LECTURER, DEPT OF ENVIRONMENTAL HEALTH*

COLUMBIA UNIVERSITY, SCHOOL OF PUBLIC HEALTH, NY, NY.                           1999 to 2000
*LECTURER, DEPT OF ENVIRONMENTAL HEALTH*

## BOARD CERTIFICATIONS AND PROFESSIONAL AFFILIATIONS

American Board of Preventive Medicine (Occupational and Environmental Medicine).
BOARD CERTIFIED DIPLOMATE. #024329, 2001.

American Board of Psychiatry and Neurology (Neurology).
BOARD CERTIFIED DIPLOMATE. #44166, 1997

California Qualified Medical Examiner, #927110.  2001 to present.

The American Academy of Neurology, 1992 to present.

The American Academy of Electrodiagnostic Physician, 2005 to present.

The American College of Occupational and Environmental Medicine.  1995 to present.

California Medical License: # G85804

Massachusetts Medical License: # 81427.

New York Medical License: # 186145.

Western Section, American College of Occupational and Environmental Medicine,  August 2000 to present.

Jonathan S. Rutchik, MD, MPH

## *EMPLOYMENT EXPERIENCE*

**NEOMA. Offices in SF, Richmond, Petaluma, Sacramento and Eureka, CA**       January 1999 to present
*NEUROLOGY, ENVIRONMENTAL AND OCCUPATIONAL MEDICINE ASSOCIATES.*
Clinical evaluations and treatment, including electromyography, and disability and independent medical evaluations of
individuals and populations with suspected neurological illness or injury from workplace injuries or chemical exposure.
Also, consulting to industry and legal organizations, academic writing and research.

**CID MANAGEMENT.  WORKER COMPENSATION UTILIZATON REVIEW COMPANY**
*MEDICAL DIRECTOR.*                                                          Summer 2004 to present

**CONCENTRA OCCUPATIONAL HEALTH.  SAN FRANCISCO, CA.**                        October 2001 to 2002
*INDEPENDENT CONSULTANT NEUROLOGIST AND ELECTROMYOGRAPHER.*                   Northern CA clinics.

**KAISER PERMANANTE OF CALIFORNIA**                                          August 2000 to 2001
*PART TIME STAFF PHYSICIAN. DIVISION OF OCCUPATIONAL AND ENVIRONMENTAL MEDICINE*

**INDUSTRIAL MEDICAL ASSOCIATES, WHITE PLAINS, NY**                          January to August 2000
*PART TIME PHYSICIAN, NEUROLOGY AND ENVIRONMENTAL AND OCCUPATIONAL MEDICINE*

**PRUDENTIAL INSURANCE COMPANY, PARSIPPANY, NJ**                             September 1997, occasional
*INDEPENDENT MEDICAL DISABILITY CONSULTANT*

**TRAVELER'S INSURANCE COMPANY.  WALNUT CREEK, CA**                          March 2001 to 2005.
*CALIFORNIA MEDICAL DIRECTOR.*  SYNCHRONY; WORKER'S COMPENSATION
AND SHORT AND LONG TERM DISABILITY PRODUCT.

**EMEDICINE, INTERNET NEUROLOGY TEXT, WWW.EMEDICINE.COM**                    July 1999 to present
*MEDICAL EDITOR,* SECTION ON NEUROTOXICOLOGY

**PROPEER RESOURCES**                                                       April 2000, occasional
*INDEPENDENT MEDICAL CONSULTANT*

**DEPARTMENT OF LABOR, OSHA, WASHINGTON, DC.**                              July 1996, occasional
*Internship in the Office of Occupational Medicine.*
Participated in three projects under the direction of  Melissa McDiarmid, MD, MPH, Director: the impact of the
*OSHA's Blood Borne Pathogens Standard* on the incidence of *Hepatitis B virus* in health care workers; *mercury*
toxicity in a Nevada gold mine; and the use of neurophysiological endpoints as a means to consider lowering the
permissible exposure limit for *carbon disulfide, mercury, manganese, toluene* and other neurotoxins.

**NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH**                    July 1996, occasional
**CENTER FOR DISEASE CONTROL, CINCINNATI, OH.**
*Consultant* to government agency on human health hazard evaluations: (1) the association of *asthma and headaches* in a
Connecticut submarine manufacturing company that uses an *epoxy resin paint*; (2) problems associated with *carbon
disulfide* exposure in a Texas viscose rayon manufacturing company; (3) neurological effects from lead and arsenic in
teachers who worked in a Utah school that had been built over a defunct mine and (4) neurological sequellae to mercury
vapor in a Wisconsin mercury waste recycling plant.

**OCCUPATIONAL HEALTH AND REHABILITATION, INC., BOSTON, MA.**               October 1997-December 1998
*MEDICAL DIRECTOR,  DIVISION OF OCCUPATIONAL AND ENVIRONMENTAL NEUROLOGY*

**GENERAL ELECTRIC,  AIRCRAFT ENGINE DIVISION, LYNN, MA.**                  October 1997-Dec. 1998
*CONSULTANT NEUROLOGIST AND ASSOCIATE MEDICAL CENTER DIRECTOR*

**THE AGENCY FOR TOXIC SUBSTANCE AND DISEASE REGISTRY (ATSDR)**             July 1995 to June 1997
**CENTERS FOR DISEASE CONTROL AND PREVENTION.**
*Clinical Fellowship in Occupational and Environmental Medicine.*
Funded two year fellowship entitled "Assessment of Integrity of Peripheral and Autonomic Nervous System Physiology in
Persian Gulf Veterans."  Co-sponsored by Boston Medical Center's Department of Neurology, (RG Feldman, MD); and The
Environmental Hazards Center, (D Ozonoff, MD, MPH and RF White, PhD) of the  VA Medical Center,  Boston, MA.

Jonathan S. Rutchik, MD, MPH

**VETERAN'S ADMINISTRATION MEDICAL CENTER. BRONX, NY.**                      Dec. 1993-July 1995
*Emergency Room Physician*. Evening and weekend duties.

**WORLD JOINT DISTRIBUTION COMMITTEE.**                                       March - June 1992
**CASABLANCA, MOROCCO.**
*Medical consultant*. Studied and proposed a program to improve a health care system for a dwindling population
of Jews in six cities; urban and rural areas of this third world country. Served on the staff and studied the
organization of a 110 bed convalescent-type home in Casablanca. All of work conducted in French.

**NEURENTOX, INTERNATIONAL, INC. WASHINGTON, DC.**                            Nov 1991 to March 1992
*Physician- Researcher*. Worked with Peter G. Bernad, MD, MPH; clinical neurologist with interest in occupational
medicine and toxicology. Responsible for clinical and research projects involving environmental and toxicological
issues, medical- legal matters and electroencephalography with brain mapping.

**US PUBLIC HEALTH SERVICE, ANCHORAGE AREA INDIAN HEALTH SERVICE**
**BETHEL, ALASKA.**                                                           Sept. and October, 1991
*General Medical Officer*. One of approximately 20 physicians working in a facility with large outpatient and
inpatient departments caring for Alaskan natives from villages in the Yukon- Kuskokwim Delta Region with a
population exceeding 25,000. Work also included brief stays at primitive village clinics on the Bering Sea caring for
pregnant patients, immunizing school children and the elderly, and examining walk-in patients.

**US PUBLIC HEALTH SERVICE, ALBUQUERQUE AREA INDIAN HEALTH SERVICE**
**ZUNI, NEW MEXICO.**                                                         July and August 1991
*General Medical Officer*. One of eight physicians working in a small primary care facility caring for a native
population of approximately 8,000. Common pediatric, obstetric and gynecological, internal medicine, and minor
surgical cases in this outpatient and inpatient setting.

**COLUMBIA COLLEGE OF PHYSICIANS AND SURGEONS**                               Fall 1984 through Spring 1986
**DEPARTMENT OF ANATOMY AND CELL BIOLOGY, NEW YORK, NY.**
*Laboratory researcher*. Studied the cooperativity of calcium in rabbit skeletal and human dystrophic muscle.

Jonathan S. Rutchik, MD, MPH

### PUBLICATIONS (Available upon request)

Rutchik, J. Atypical Parkinsonism in a steel cutter with elevated lead levels. Accepted for publication. International Conference of Occupational Health. Milan, Italy. June 2006.

Jonathan S. Rutchik, MD, MPH, Xuean Mo, MD, Yueming Jiang, MD, MPH, and Wei Zhang, PhD Manganism or Parkinson's disease: Indications from six cases among Chinese welders and steel workers. Submitted for publication to Neurotoxic Metals: Lead, Mercury and Manganese: From Research to Prevention. Brescia, Italy. June 2006.

Rutchik, JS and Wittman RI Neurological Consequences of Carbon Monoxide Exposure. Pending submission for Publication. International Journal of Occupational and Environmental Health. 2006.

Neurological symptoms and chemical exposure; occupational, environmental or product; a challenge for the expert and attorney to share. BNA Legal Magazine, The Reporter, 2004.

Rutchik, J. Solvent Neurotoxity. In Philips, S and Krieger, G, eds. Clinics in Occupational and Environmental Medicine. WB Saunders. May 2004.

Rutchik, J. Heavy Metals and Industrial Dementia. In Medlink. Internet Neurology Text. www.medlink.com. 2004.

Rutchik, J. The evaluation of a patient with mold exposure and neurologic complaints. JSR. Claims Magazine. February 2003.

MCCullough JE, Dick R, Rutchik J. Chronic Mercury Exposure Examined with a Computer Based Tremor System. JOEM. (2001), 43, 3

Rutchik J. Organic Solvents. In Emedicine, Neurology (An internet medical textbook). www.emedicine.com, 2001

Rutchik J. Toxic Neuropathy. In Emedicine, Neurology (An internet medical textbook). www.emedicine.com, 2001

Rutchik J. Occupational Slow Virus Disease. In Couturier A, ed. Occupational Infectious Diseases. Boston: OEM Health. Massachusetts: OEM Press. 1999.

Rutchik JS. Hazards of Anatomical Pathology. In: McCunney RJ, ed. Medical Center Occupational Health and Safety. Philadelphia, PA: Lipincott, Williams and Wilkins. 1999.

Rutchik JS. Occupational and Environmental Neurology. In: Bowler R, ed. Occupational and Environmental Medicine Secrets. Philadelphia, PA: Hanley and Belfus. 1999.

Rutchik JS and Feldman RG. Tetrachloroethylene. In Feldman, RG. Occupational and Environmental Neurotoxicology. Philadelphia, PA: Lippincott-Raven. 1999.

Rutchik JS and Feldman RG. Carbon Disulfide. In Feldman, RG. Occupational and Environmental Neurotoxicology. Philadelphia, PA: Lippincott-Raven. 1999.

Rutchik JS and Feldman RG. Ethylene Oxide. In Feldman, RG. Occupational and Environmental Neurotoxicology. Philadelphia, PA: Lippincott-Raven. 1999.

Rutchik JS and Feldman RG. Xylene. In Feldman, RG. Occupational and Environmental Neurotoxicology. Philadelphia, PA: Lippincott-Raven. 1999.

Jonathan S. Rutchik, MD, MPH

Rutchik JS and Feldman RG.  Exposure to Hazardous Chemicals.  In Feldman, RG.  Occupational and Environmental Neurotoxicology.  Philadelphia, PA: Lippincott-Raven.  1999.

Rutchik JS, Rutkove S.  Effect of Temperature on Motor Responses in Organophosphate Intoxication.  Muscle and Nerve (1998), 21, 958-960.

Rutchik JS, Barbanel C and Boskiewicz B.  Addressing Dioxins in the Workplace.  Occupational and Environmental Medicine Report (1998); 12, 2.

Rutchik JS.  An Environmental and Occupational Neurology Subspecialty.  Neurology (1998), 50, 4, S4, A54

Rutchik JS.  Neurological Sequellae from Occupational and Environmental Exposure to Chlorinated Ethylenes.  Neurotoxicology. (1998); 19,3,473.

Rutchik JS.  Neurological Sequellae from Chlorinated Ethylenes.  Clinical Care Update.  NAOHP.  10/27/97.

Rutchik JS.  Toxicology of the Visual System.  Journal of Occupational and Environmental Medicine (1997), 39,4, 356a.

Rutchik JS. Chronic Neurological Sequellae From An Acute Occupational Exposure to Lithium Salt:  Case Report and Review of the Literature.  (Manuscript submitted to Archives of Environmental Health Summer 1999)

Rutchik JS.  Revising a Medical Surveillance Plan For A Hazardous Waste Company.  (Submitted to OEM Press)

Rutchik JS, Richards KR.  Toxicology of the Visual System: Industries and Populations.  (Submitted to Archives of Environmental Health, Summer 1999)

Rutchik JS.  Clinical Experiences of an Environmental and Occupational Neurology Program.*

Rutchik JS.  Drug Use Rises in 1995 Among Youth.  Medical Review Officer  (MRO) Update (1996) .

Rutchik JS.  Neurology data collection from ICD-9-CM codes to encourage departmental statistical record keeping and analysis.  Neurology (1995) 45 (Supp 4), 59P.

Simpson DM, Tagliati M, Rutchik JS, Reichler B, and Lorch G.  Brainstem syndrome associated with CMV encephalitis in AIDS.  Annals of  Neurology (1995), 38, 2, T243.

Brandt PW, Diamond MS, Rutchik JS, Schachat FH.  Cooperative interactions between troponin and tropomyosin units extend the length of the thin filament in skeletal muscle.  Journal of Molecular Biology (1987) ,195, 885-896.

Brandt PW, Diamond MS, Rutchik JS, Schachat FH.  Cooperative Interactions between troponin-tropomyosin units extend the length of the thin filament in skeletal muscle.  Biophysical Journal (1987) 51, 28a.

Diamond MS, Brandt PW, Rutchik JS, Schachat FH.  The thin filament of skeletal muscle acts as a unit.  Biophysical Journal (1985) 49, 46a.

Jonathan S. Rutchik, MD, MPH

## LECTURES AND PRESENTATIONS

What is Manganism Toxicity? Invited Lecturer. Guanxi Medical College. Nanning, Guangxi Province, China. November 2005.

Neurotoxicology Update. Meet the Professor Lunch Series. Western Occupational and Environmental Medicine Conference, Monterrey, CA. September 2005.

Occupational and Environmental Neurotoxicity. Guest Lecturer. Schools of Nursing and Public Health. UCSF. July 2005.

Electromyography, Nerve Conduction Velocity and The Neurological Examination. Guest Lecturer. Occupational Medicine Resident Forum. June 2005.

Organic Solvent Neurotoxicity. Invited Lecturer. Fourth National Mexico Forum on Occupational Medicine. Acapulco, Mexico. June 2005.

Assessment and Treatment of Pain from Toxic Neuropathy. Occupational Medicine Update. UCSF. April 2005.

Evaluating a patient with Neurotoxic Illness, State Of The Art Conference, SOTAC, American College of Occupational and Environmental Medicine Conference, San Antonio, TX. November 2004.

Current Controversies in Neurological Illness and Environmental and Occupational Medicine, Fellowship Forum, UCSF, Division of Occupational Medicine, August 2004.

Neurology in Occupational Medicine, North Bay Applicant Attorney Conference, Santa Rosa, CA. August 2004

"Repetitive Strain Injuries from a Medical Perspective." Ergonomics Summit. International Business Forum. Manhattan Beach, CA January 2004.

"Electromyography Primer." UCSF Occupational Health Roundtable. Mt. Zion. SF, CA December 2003.

"Treatment of Patient with Concussion and Headaches." Kaiser on the Job Occupational Health Symposium. November 2003.

"Occupational Neurology." AIG Education Seminar. November 2003.

"Evaluation of a Patient with Mold Exposure and Neurological Complaints; No Easy Answers." Solvent Water Intrusion and Mold Problems Conference. Lorman Education Series. October 2003.

"Electromyography Primer." Kaiser Permanente Occupational Medicine Grand Rounds. San Francisco, CA. August 2003.

"Electromyography/ Nerve conduction velocity and Occupational Neurology Case Studies." Center for Occupational and Environmental Health, University of Calfornia at Berkeley Summer Lecture Series. Emeryville, CA. August 2003.

"Controversies in Neurotoxicology." UCSF Advances in Occupational and Environmental Medicine, May 2003,

"Occupational and Environmental Neurology." Occupational Health Conference. Atlanta, GA. May 2003.

"Common neurological disorders in the Workplace." Center for Occupational and Environmental Health, University of Calfornia at Berkeley Summer Lecture Series. Concord, CA. August 2002.

Jonathan S. Rutchik, MD, MPH

"Electromyography and Evoked Potential Primer." Traveler's Insurance Educational Seminar. Walnut Creek, CA. June 2002

"Neurology in Occupational Medicine." Lunch educational series. Laughlin, Falbo LLP. June 2002.

"Controversies in Neurotoxicology." American Occupational Health Conference. Chicago, IL. March 2002.

" Alternative Methods to Evaluate the Peripheral Nervous System; Technology Review." American Occupational Health Conference. San Francisco, CA. April 2001.

"Occupational and Environmental Neurology" Postgraduate Seminar. American Occupational Health Conference. San Francisco, CA. April 2001.

"Practical Occupational and Environmental Neurology." Grand Rounds Presentation. Division of Occupational Medicine. University of California at San Francisco. January 2001.

"Occupational and Environmental Neurology: Case Presentations." Northern California Chief Physician's Meeting. Department of Occupational Medicine. Kaiser Permanante. Oakland, CA. November 2000.

"Clinical Experiences of an Occupational and Environmental Neurologist." Poster presentation. AOHC 2000. Philadelphia, PA. May 2000.

"Introduction to Neurotoxicology." Spring Semester. Industrial Toxicology Course. Columbia University School of Public Health. New York, NY. March 2000.

"Chlorinated Ethylenes: Neurological Sequellae." Environmental Health Grand Rounds. School of Public Health. Columbia University. New York, NY. November 1999.

"Occupational and Environmental Neurology: Case Presentations." Occupational and Environmental Medicine Grand Rounds. Environmental and Occupational Health Sciences Institute. Rutgers Unversity. Piscataway, NJ. October 1999.

"Neurological Sequellae in Ammunitions Workers." Symposium Presentation. American Psychological Association. Annual Meeting. Boston, MA. August 1999.

"Neurology in Occupational Health." Invited Lecturer. HIP Worker's Compensation Division. New York City Adjusters and Nurse Case Managers. New York, NY. May 1999.

"Practical Occupational and Environmental Neurology." Postgraduate Seminar. American Occupational Health Conference. New Orleans, LA., April 1999.

"Practical Occupational and Environmental Neurology." Invited Lecturer. Arbella Insurance. Massachusetts Insurance Adjusters and Case Managers. Foxborough, MA. November 1998.

"Clinical Experiences from a University Occupational and Environmental Neurology Program." Poster Presentation. State of the Art Conference in Occupational and Environmental Medicine. Phoenix, Arizona. October 1998.

"Neurology in Occupational Health." Invited Lecturer. Chubb Insurance. Eastern Massachusetts Adjusters and Nurse Case Managers. Westboro, MA. August 1988.

Invited Participant. Planning Committee Meeting for Persian Gulf War Syndrome Conference. Center for Disease Control and Prevention. Washington, DC. July 1998.

"Musician Injuries." Invited Speaker. Berklee School of Music, Boston, MA. Summer Program. June 1998.

Jonathan S. Rutchik, MD, MPH

"Choosing Neurology as a Career." Lecture. National Youth Leadership Forum. Boston, MA. Julys 1996, 1997 and 1998.

"An Occupational and Environmental Neurology Subspecialist." Poster presentation. American Academy of Neurology Annual Meeting. April 1998.

"Practical Occupational and Environmental Neurology." Lecture. Grand Rounds. Occupational Medicine Program. Harvard School of Public Health. April 1998.

"Introduction to Neurotoxicology." Guest Lecture. Toxicology Course. BU School of Public Health. April 1998.

"Neurological Sequellae to Chlorinated Ethylene." Poster Presentation. International Neurotoxicology Conference. Little Rock, Arkansas. October 1997.

"Toxicology of the Visual System." Poster presentation. American Occupational Health Conference. American College of Occupational and Environmental Medicine Annual Meeting. Orlando, Florida. May 1997.

"Neurotoxicological Sequellae to Chlorinated Ethylene." Lecture. Seminar on Chlorinated Ethylenes. Boston University School of Public Health. April 1997.

"Utilization of Electromyography and Nerve Conduction Velocity to Evaluation of the Peripheral Nervous System Dysfunction of Viscose Rayon Workers." Lecture. Environmental Epidemiology Course. Boston School of Public Health. October 1997.

"Toluene and Manganese Neurotoxicity." Lecture. Health Standards Division. Department of Labor. Occupational Safety and Health. February 1997.

"Neuropathy and Carbon Disulfide." Lecture. Health Standards Division. Department of Labor. Occupational Safety and Health. August 1996.

"Toxicology of the Visual System." Lecture. Grand Rounds. Department of Ophthalmology. Boston Medical Center. May 1996.

"Neurology Data Collection From ICD-9-CM Codes to Encourage Departmental Statistical Record Keeping and Analysis." Poster presentation. American Academy of Neurology Annual Meeting, May 1995.

"Axonal Neuropathy and Carpel Tunnel Syndrome." Lecture. Division of Neuromuscular Diseases. Department of Neurology, Mount Sinai Medical Center, Spring 1995.

Updated August 1, 2006

# Jonathan S. Rutchik, MD, MPH
## Neurology, Neurotoxicology, Occupational and Environmental Medicine
*Diplomate of the American Board of Psychiatry and Neurology (Neurology)*
*Diplomate of the American Board of Preventive Medicine (Occupational and Environmental Medicine)*

http://www.NEOMA.com

| | |
|---|---|
| 20 Sunnyside Avenue, Suite A-321 | TEL: 415-381-3133 |
| Mill Valley, CA 94941 | FAX: 415-381-3131 |
| Email: jsrutch@aol.com | CELL: 415-606-1465 |

### JONATHAN S. RUTCHIK, MD, MPH
Four year history of depositions or trial testimony,
excluding cases involving worker compensation

1. Law Offices of David Carlile. Marshall, TX. Keri Crooks v. Block Drug. Plaintiff. Issue of exposure to an organic solvent pesticide and epilepsy.
2. Law Offices of Donald Armstrong. Eugene, OR. Tozer v. Tozer. Defense. Divorce settlement issue regarding issue of fibromyalgia, chronic fatigue syndrome and disability.
3. Law Offices of John Hill. Oakland, CA. Jensen v. Becton Dickenson. Plaintiff. Reflex sympathetic dystrophy and an intravenous lubricant.
4. Law Offices of Borton, Petrini and Conron, LLP. Bakersfield, CA. Bonkosky and Mires v Canopus. Defense. Carbon Monoxide exposure and cognitive impairment.
5. Law Office of Provost and Umphrey. Beaumont, TX. Joe Wilson v Alloy Rods. Plaintiff. Lead, welding and motor neuron disease
6. Law Office of Haight Brown & Bonesteel LLP. San Francisco, CA. Patricia Osborne v. Franklin Street. Defense. Carbon Monoxide and neuropsychological sequellae.

Updated August 1, 2006

RATES FOR JS RUTCHIK, MD, MPH  as of August 1, 2006

550 per hour for record review, report writing, evaluation and examination with patients, or communications.

650 per hour for deposition and preparation.

750 per hour for trial and trial preparation.

My retainer agreement explains full day and half day rates, which are negotiable.  A blank one is attached.

Updated August 1, 2006

# Jonathan S. Rutchik, MD, MPH
## Neurology, Neurotoxicology, Occupational and Environmental Medicine
*Diplomate of the American Board of Psychiatry and Neurology (Neurology)*
*Diplomate of the American Board of Preventive Medicine (Occupational and Environmental Medicine)*

## NEOMA.COM

| | |
|---|---|
| 20 Sunnyside Avenue, Suite A-321 | OFFICE: 415-381-3133 |
| Mill Valley, CA 94941 | FAX: 415-381-3131 |
| Email: jsrutch@NEOMA.COM | CELL: 415-606-1465 |

**CALIFORNIA STATE QUALIFIED MEDICAL EXAMINER**
*OFFICES IN SAN FRANCISCO, RICHMOND, PETALUMA, SACRAMENTO AND MCKINLEYVILLE*

[DATE]

[NAME OF CONTACT]

[NAME OF "FIRM"]

[ADDRESS]

Dear [Contact]:

I am pleased that I, Jonathan S. Rutchik, MD, MPH, have been engaged to assist you

with the matter of:


("Services"). Should the Firm request and both agree that additional services will be performed on the above or other matters, then this engagement letter will govern those additional services unless otherwise noted.

This letter describes the terms on which the Consultant will provide and bill for our legal services.

1. **Staffing**. The Consultant will have the right to utilize other professionals associated with him at his discretion to the approval of the Firm. He will inform the Firm of any professional (and their respective fees) that works in conjunction with him to perform the services to be rendered.

2. **Fees**. Initially, the firm agrees to pay a nonrefundable retainer fee equal to three hours or $1650. This will be applied to the bill if more than 3 hours of work is performed. The Firm agrees to pay the Consultant at the following rates: **$550** per hour for consultation, general correspondence and review of documents; and **$650** per hour for Deposition Preparation and Deposition Testimony; and **$750** per hour for Trial Testimony and Trial Preparation. 30 day notice will be given in the event of any change of rates. The Firm agrees to pay Consultant a minimum out-of-town rate of **$8000.00 per day, $4000 for a half day (negotiable)**. Appointments must be confirmed with retainer payment. *Cancellation reimbursement is at the discretion of Dr. Rutchik. If cancellation is within 2 weeks of scheduled date, then payment will be no less than work already performed, record review or preparation, for example, plus the scheduled time that was lost. If a deposition or trial needs to be rescheduled within two weeks of that date, payment for the cancelled day will be no less than half the prearranged payment for that day.* **The Firm shall pay Consultant ½ the hourly rate, or $275 per hour for all travel time from original destination to each location where services are to be performed.**

3. **Costs and Disbursements.** In addition to the fees described above, the Firm agrees to pay all out of pocket necessary and reasonable expenses.  This may include photocopying, postage, word processing, messengers, telephone calls, faxes, etc. Receipts will be kept and presented with

Updated August 1, 2006

billing statements each billing period. <u>Telephone calls will be charged at the rate of $0.25 per minute when cellular or long distance service is utilized.</u>

4.  **Statements of Account.** Billing will occur either every two weeks or monthly, at the discretion of the Consultant, for all services performed (including costs and disbursements recorded). Bills will be issued by facsimile directly. Those statements will be payable by funds delivered by check or by wire transfer when appropriate. Payment is due in full upon receipt of billing. If full payment is not received within 30 days of the statement date, a late charge of 0.67 percent per month (8.04% annual) on the unpaid balance will be reflected on subsequent monthly statements of the account. The purpose of the late charge is to assess on an equitable basis the added expenses incurred for overdue accounts.

5.  **Retainer and Billing.**
    The Firm shall pay an initial retainer of $_____. Billing for services will be made periodically at Consultant's discretion, and are to be paid immediately. At no time is Consultant required to render services where the amount of retainer on deposit exceeds Consultant's unbilled work in progress and unpaid statements. The Retainer shall be applied to Consultant's final bill and any unapplied retainer shall be returned to the Firm at that time. At Consultant's sole discretion any or all of the retainer may be applied to billed and unpaid services.

6.  **Termination.** This agreement is terminable upon 30 days written notice. Termination in no way relieves the Firm of its obligation to pay any unpaid fees and costs. Notwithstanding the above, in the event that either party fails to substantially perform under the terms of the Agreement, the other party may terminate this Agreement immediately with no prior written notice to the defaulting party.

7.  **Understandings.** It is understood that no guarantees of any evaluation have been made regarding the outcome of the any services provided.

8.  **Limitations on Liability.** BOTH PARTIES AGREE THAT THE TOTAL, CUMULATIVE LIABILITY TO THE OTHER WITH RESPECT TO THIS AGREEMENT AND THE SERVICES, AND FOR ANY AND ALL CAUSES OF ACTION UNDER ANY THEORY OF LIABILITY, WHETHER IN CONTRACT OR TORT OR OTHERWISE, WILL NOT EXCEED THE TOTAL AMOUNT ACTUALLY PAID BY THE FIRM TO THE CONSULTANT HEREUNDER. IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL, INDIRECT, PUNITIVE OR EXEMPLARY DAMAGES, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**Jonathan Silver Rutchik, M.D., MPH**                    **Firm:**

By:_____                    By:_____

Title:_____                    Title:_____

Date:_____                    Date:_____

# Jonathan S. Rutchik, MD, MPH
## Neurology and Electromyography
## Occupational and Environmental Medicine
*Diplomat of the American Board of Psychiatry and Neurology (Neurology)*
*Diplomat of the American Board of Preventive Medicine (Occupational and Environmental Medicine)*
http://www.NEOMA.com

20 Sunnyside Avenue, Suite A-321
Mill Valley, Ca 94941
Email.jsrutch@neoma.com

PHONE: 415-381-3133
FAX: 415-381-3131
CELL  415-606-1465

**CALIFORNIA STATE QUALIFIED MEDICAL EXAMINER**
**San Francisco, Richmond, Petaluma, Sacramento and Arcata, California**

Alan Dean Weinberger
Middleberg Riddle & Gianna
201 St. Charles Ave., Suite 3100
New Orleans, LA  70170-3100
Tel:     (504) 525-7200
Direct: (504) 207-7308
Fax:     (504) 581-5983
email:   aweinber@midrid.com



DEFENDANT'S EXHIBIT 7

RE:  GEORGE CARROLL: CARBON MONOXIDE POISONING CASE.

August 30, 2006

This letter is in response to a request by Mr. Weinberger to review the medical records, specifically the recent reports by the treating neurologist, pulmonologist, general practitioner, and cardiologist and comment on their conclusions.

## DISCUSSION AND CONCLUSION:

I have reviewed the neurologist, Dr. Odenheimer's report dated July 11, 2006. It is his opinion that the patient has residual problems from CO that include persistent sleep disturbance, dizziness, headache, attention deficit, hyper somnolence, mood disturbance, sensory disturbance, memory disturbance, and visual disturbance.

It is my impression from the medical records that the patient has a history of hypertension, borderline diabetes, and gastroesophageal reflux. Also, investigations including the nerve conduction velocity study performed by the neurologist have led to abnormalities in the upper extremities; multiple entrapment neuropathies as well as a cervical 7 neuropathy. I have also found that the patient had a job position that is classified as heavy work and that routinely he did heavy lifting and grasping. I have learned this from the functional capacity evaluation that was performed by advanced rehab services and dated September 8, 2004. This report mentions that the patient was required to be able to lift, push and pull in a heavy range, up to 100 pounds.

JS Rutchik, MD, MPH                                                          Page 2

It is my impression that any sensory disturbance that this patient may have is secondary to the patient's routine activities of his occupation, including his heavy lifting and repetitive forceful grasping and repetitive arm and elbow flexion and extension. This commonly leads to upper extremity and entrapment neuropathies such as those that were documented by the neurologist in the nerve conduction velocity study on June 10, 2004.

Neurorehabil Neural Repair. 2003 Jun;17(2):118-23.  Links

**The impact of ulnar nerve compression at the elbow on the hand function of heavy manual workers.**

- **Amirjani N**,
- **Thompson S**,
- **Satkunam L**,
- **Lobay GL**,
- **Chan KM**.

Centre for Neuroscience, University of Alberta, Edmonton, Alberta, Canada.

The objectives of this article were to study the impact of the hand function disability due to ulnar neuropathy at the elbow (UNE) on workers engaged in occupations requiring heavy hand use. Four patients (42.5 +/- 7 years old), all engaged in heavy-duty jobs, with severe conduction block but without severe axonal loss were recruited. The severity of ulnar nerve compression was quantified based on electrophysiologic studies, Jebsen-Taylor Hand Function Test, Jamar dynamometer, and Semmes-Weinstein Monofilaments Test. UNE resulted in a reduction in hand strength without any significant impact on fine motor dexterity. The 4 laborers whose work required strong hand grip found this debilitating. Severe UNE affects the hand function of heavy manual workers by impeding their grip and pinch strengths. However, UNE does not affect tasks requiring fine hand dexterity.

PMID: 12814057 [PubMed - indexed for MEDLINE]

Am J Ind Med. 1998 Mar;33(3):197-211.  Links

**Job-related diseases and occupations within a large workers' compensation data set.**

- **Leigh JP**,
- **Miller TR**.

Department of Economics, San Jose State University, California 95192, USA.

JS Rutchik, MD, MPH                                          Page 3

The objective of this report is to describe workers' job-related diseases and the occupations associated with those diseases. The methods include aggregation and analysis of job-related disease and occupation data from the Bureau of Labor Statistics' Supplementary Data System (SDS) for 1985 and 1986--the last years of data available with workers' compensation categories: death, permanent total, permanent partial, and temporary total and partial. Diseases are ranked according to their contribution to the four workers' compensation (WC) categories and also ranked within occupations according to the number of cases. Occupations are ranked according to their contribution to specific diseases within one of the four categories. The following diseases comprise the greatest numbers of deaths: heart attacks, asbestosis, silicosis, and stroke. Within the permanent total category, the diseases with the greatest contributions are heart attack, silicosis, strokes, and inflammation of the joints. For the permanent partial category, they are hearing loss, inflammation of joints, carpal tunnel syndrome, and heart attacks. For the temporary total and partial category, they are: inflammation of joints, carpal tunnel syndrome, dermatitis, and toxic poisoning. Hearing loss or inflammation of joints are associated with more than 300 occupations. Circulatory diseases comprise a larger share of job-related diseases than is generally acknowledged. Occupations contributing the most heart attack deaths are truck drivers, managers, janitors, supervisors, firefighters, and laborers. Ratios of numbers of deaths to numbers of disabilities are far higher for illnesses than injuries. Occupations that are consistent in their high ranking on most lists involving a variety of conditions include nonconstruction laborers, janitors, and construction laborers. The large SDS, though dated, provides a tentative national look at the broad spectrum of occupational diseases as defined by WC and the occupations associated with those diseases in 1985 and 1986. Some description of the spectrum of diseases encountered today is possible especially for occupations, such as those mentioned above for which employment has expanded in the 1990s.

Carbon monoxide poisoning does not routinely lead to upper extremity entrapment neuropathies. Furthermore, sensory disturbances in the lower extremities, if the neurologist is claiming that these exist, have not been thoroughly evaluated since the nerve conduction velocity studies only included the upper extremities. If there were lower extremity sensory disturbances, these would likely be secondary to the glucose intolerance that the patient had demonstrated prior to the accident where he was exposed to CO. This is commonly seen in my neurology practice.

J Neurol Neurosurg Psychiatry. 2002 May;72(5):590-5.          Links

FREE full text article at www.jnnp.com

**Is cardiovascular disease a risk factor in the development of axonal polyneuropathy?**

JS Rutchik, MD, MPH                                                  Page 4

- Teunissen LL,
- Franssen H,
- Wokke JH,
- van der Graaf Y,
- Linssen WH,
- Banga JD,
- Laman DM,
- Notermans NC.

Department of Neurology, University Medical Centre, Utrecht, The Netherlands
l.l.teunissen@neuro.azu.nl

OBJECTIVES: To determine if cardiovascular disease may be a risk factor in the development of chronic idiopathic axonal polyneuropathy (CIAP). METHODS: In this incidence case-control study, the prevalence of cardiovascular disease and risk factors in 97 patients with CIAP (mean age 67.5 (SD 7.9) years) and the prevalence of neuropathic features in 97 patients with peripheral arterial disease (PAD) (mean age 67.1 (SD 7.3) years) were investigated. The results were compared with those for 96 age and sex matched controls without diagnosed PAD or polyneuropathy (mean age 67.5 (SD 9.1) years). In a randomly chosen subgroup of 23 patients with CIAP, 42 patients with PAD, and 48 controls, an electrodiagnostic investigation was performed. RESULTS: Patients with CIAP more often had manifest cardiovascular disease and cardiovascular risk factors than controls (stroke 18% v 6% of patients, odds ratio (OR) 3.2 (95% confidence interval (CI) 1.8 to 5.9); heart disease 29% v 15%, OR 2.4 (95% CI 1.2 to 4.9); family history of cardiovascular disease 42% v 21%, OR 2.8 (95% CI (1.5 to 5.2); hypertension 56% v 39%, OR 2.0 (95% CI 1.1 to 3.6); hypercholesterolaemia 46% v 21%, OR 3.3 (95% CI 1.5 to 7.3); current smoking 38% v 23%, OR 2.1 (95% CI 1.1 to 3.9)). The prevalence of cardiovascular disease and cardiovascular risk factors was lower than in patients with PAD. Patients with PAD more often had polyneuropathy than controls (15% v 5%, OR 3.3 (95% CI 1.1 to 10.0)). There was a trend towards lower nerve conduction velocities and lower amplitudes on electrodiagnostic investigation compared with controls. CONCLUSION: This study shows that cardiovascular disease and CIAP often coexist, and therefore cardiovascular disease may be a cofactor in the development of CIAP.

---

Diabetes Care. 2001 Aug;24(8):1448-53.                    FREE full text article at care.diabetesjournals.org   Links

**Increased prevalence of impaired glucose tolerance in patients with painful sensory neuropathy.**

- Singleton JR,
- Smith AG,

JS Rutchik, MD, MPH                                                                    Page 5

- **Bromberg MB**.

  Division of Neuromuscular Disease, Department of Neurology, University of Utah, Salt
  Lake City, Utah 84132, USA. rob.singleton@hsc.utah.edu

  OBJECTIVE: To characterize a cohort of patients with neuropathy and impaired
  glucose tolerance (IGT) but no other identifiable cause of neuropathy. Of
  patients with diabetes, 10% have peripheral neuropathy at the time of their
  diagnosis, suggesting that axonal injury may occur early in the course of glucose
  intolerance. The American Diabetes Association (ADA) revised diagnostic criteria
  to recognize IGT (a serum glucose between 140 and 200 mg/dl in a 2-h oral
  glucose tolerance test [OGTT]) as a risk factor for cardiovascular disease
  independent of development of diabetes. RESEARCH DESIGN AND METHODS:
  Using revised ADA criteria for diabetes and IGT, we prospectively evaluated 107
  sequential patients with idiopathic neuropathy. RESULTS: A total of 13 of the
  107 patients had diabetes, whereas 36 (34%) had IGT, nearly three times the
  prevalence in age-matched control subjects (P < 0.01). OGTT was often
  elevated, whereas both fasting plasma glucose and HbA(1c) were normal.
  Comparing patients with diabetes, IGT, or normal OGTT, age and BMI were
  similar. However, painful sensory symptoms were more common in patients with
  IGT and diabetes, and family history of neuropathy was significantly more
  common in normoglycemic patients. Electrodiagnostic findings of axonal injury
  were less severe in patients with IGT and were more likely to be confined to
  sensory fibers than in patients with diabetes. CONCLUSIONS: Our results
  suggest that IGT may cause or contribute to small-fiber neuropathy, which is
  similar in phenotype to the painful sensory neuropathy commonly encountered
  in diabetes. Two-hour OGTT is more sensitive than other measures of glucose
  handling in screening these patients.

  PMID: 11473085 [PubMed - indexed for MEDLINE]

The neurologist has also given the opinion that the patient's visual disturbance is
associated with the CO exposure.

I've also reviewed the reports and medical visits with the ophthalmology group including
Dr. Iglinsky. Medical records reflect that the patient has cataracts. There was no
evidence of objective findings that could be associated with carbon monoxide. Medical
records only refer to diabetes but did not clearly mention that there are diabetic retinal
affects or other objective findings. I have concluded then that there are no clear objective
findings to support that the CO exposure has led to the patient's subjective visual
symptoms. An MRI of the brain did not reveal any focal areas of problem in the occipital
lobe.

Based on the review of the literature, CO is not known to cause specific problems with
vision. I do not have an explanation for this patient's problems with the exception of the
cataracts that have been documented by the ophthalmologist.

JS Rutchik, MD, MPH

Other than these issues, I generally agree with the opinion of this neurologist. His impression that the patient's symptoms can be reduced with medication and time is mainly correct. It is unclear whether the patient will fully recover from the multiple symptoms that are listed above.

I have also read the report of Dr.Kohler, the pulmonologist, dated August 4, 2006. I am generally in agreement with his opinion with the exception again of the fact that this doctor mentions that his neuropathy is a sequela of his exposure. I cite the references above in my comments which are pertinent also to this doctor's conclusions.

I have also read the report of Dr. Stagg, the general practitioner, dated July 11, 2006. This doctor mentions that he has not seen or reviewed the patient's hospital or emergency room records. He mentions that diabetes is the result of steroid therapy and the stress of his exposure from CO.

It is important to note that this doctor appears not to be aware of the patient's history of borderline diabetes as documented in the medical records. Also, there's no evidence in any medical record at the patient received any steroid either by mouth or intravenously. I have reviewed the hospital and emergency room records in detail. I conclude that the patient had a history of glucose intolerance and borderline diabetes prior to the exposure and that he is presently experiencing a natural progression of that illness.

I have read the report of Dr. Christopher Thompson, a cardiologist, dated July 6, 2006. This doctor does mention the past medical history of borderline diabetes, hypertension, and reflux disease. It also mentions that the patient smoked for up to five years. I do not have any opinions that contradict this doctor's opinion.

I also reviewed the report of Dr. Mike Mahoney, a psychiatrist, dated July 5, 2006. I do not have any opinions that contradict this practitioner.

I reviewed the reports from Dr.Siddiq, and these records are not pertinent to the exposure issue.

I hope this is helpful. Please contact me with any further questions.

Very truly yours,

Jonathan S. Rutchik, MD, MPH
Board Certified in Occupational and Environmental Medicine
Board Certified in Neurology