Dr. W.L. Iglinsky
July 18, 2006



Page 1

DEPOSITION OF

DR. W. L. IGLINSKY

-------------------------------------------------------

UNITED STATES DISTRICT COURT

WESTERN DIVISION OF LOUISIANA
LAKE CHARLES DIVISION

GEORGE CARROLL, ET AL

VERSUS NO. 2:05cv0307                    JUDGE: MINALDI

PRAXAIR, INC.                             MAG: WILSON

-------------------------------------------------------

JULY 18, 2006                              4:57 P.M.


AT THE EYE CLINIC
1717 OAK PARK BOULEVARD, SUITE 1
LAKE CHARLES, LOUISIANA


-------------------------------------------------
NAT  DOUGET  COURT  REPORTERS
Steno   and   Video   Reporting
P O Box 3226
3207 Landfair Street (70601)
Lake Charles, LA 70602-3226
337/480-0080          FAX 337/480-0330
800/259-9900          FAX 800/259-5672
-------------------------------------------------



EXHIBIT
6

Dr. W.L. Iglinsky
July 18, 2006

Page 18

1   A.   No optic -- no optic atrophy was noted.  But you

2        can have injury to the optic nerve and it not show

3        up as optic atrophy because it has to -- the

4        injury has to extend all the way retrograde from

5        the brain to the eye, and sometimes it doesn't.

6   Q.   Let's do it this way:  To date --

7   A.   Okay.

8   Q.   -- and you've been seeing the patient now for

9        approximately two years, I guess.

10  A.   Uh-huh (yes).

11  Q.   Have you -- you his ophthalmologist --

12  A.   Right.

13  Q.   -- detected any measurable injury that you've been

14       able to discern to the optic nerve?

15  A.   Not really.

16  Q.   Okay.  Dr. Iglinsky, are you aware of any

17       ophthalmic injury that you expect to arise in Mr.

18       Carroll in the future, more probably than not, as

19       a result of carbon monoxide exposure?

20  A.   Not if we -- let's put it this way:  No.

21  Q.   All right.  I'm just going to go through some of

22       the questions that I have about your chart, and

23       we'll be done.

24  A.   Okay.

25  Q.   And obviously, I'll tender you to Mr. Carroll's

Dr. W.L. Iglinsky
July 18, 2006

Page 26

1    A.    Uh-huh (yes).  That's correct.

2    Q.    He continued to complain of blurred vision in the

3          morning?

4    A.    Yes.

5    Q.    But now reported that it cleared within a few

6          hours; is that correct?

7    A.    That's correct.

8    Q.    You again charted -- you must have looked for it -

9          - that there was no evidence of optic atrophy?

10   A.    That's correct.

11   Q.    You performed an eye examination that you thought

12         was appropriate for the patient; is that right?

13   A.    Yes.

14   Q.    Was it a normal exam?

15   A.    Essentially.

16   Q.    I'm not sure that you had talked about, quote, dry

17         eyes, close quotes, before; is that right?

18   A.    It went along with -- I felt like given that

19         everything -- the way everything looked, and that

20         again there weren't any -- his vision hadn't

21         become significantly worse, and there was no optic

22         atrophy, that I was probably relating his blurring

23         that waxed and waned more to dryness.

24   Q.    Did you make any recommendation to him with regard

25         to the --

Dr. W.L. Iglinsky
July 18, 2006

1    A.   Just artificial tears.

2    Q.   Okay.  Do you know if he did that, by any chance?

3    A.   I don't know.

4    Q.   When did you next see Mr. Carroll?

5    A.   October the 8th, he returned still complaining of

6         blurred vision.  And we checked his glasses, and

7         everything checked out as -- it was the same as

8         what we had ordered for him.

9    Q.   But did you correct his prescription and get some

10        new glasses for him at this point?

11   A.   No.   No, I thought they were correct.

12   Q.   You did not suggest to him that he might want to

13        think about trying some new glasses?

14   A.   No.   I didn't think new glasses would help.

15   Q.   I see.  Actually, I had made a note to myself.

16        With regard -- this is a page of the chart that

17        the clinic staff numbered 18 for me.  I wonder --

18             Mr. Weinberger:

19             For the record, I'm showing -- he's actually

20             looking at the very same page of the chart.

21             Bob, it's this page (indicating).  Obviously,

22             the record can't see what I'm showing Bob.

23             But Bob can see what I'm showing him.

24             Mr. McCall:

25             Glasses evaluation form.  Okay.

Dr. W.L. Iglinsky
July 18, 2006

Page 32

```
 1          that they have diagnosed with diabetes, they send

 2          them to us once a year.  That's our

 3          recommendation.

 4    Q.    It's just the smart thing to do in a diabetic

 5          patient?

 6    A.    Yes.

 7    Q.    Okay.

 8    A.    And it's not really indicated, but that's why I

 9          wrote that because he came in with the diagnosis

10          of diabetes.

11    Q.    That's not a diagnosis you would make -- you, as

12          an ophthalmologist would make, is it?  Or is it?

13    A.    Not really.  But we do get patients that come in

14          with large fluctuations in their vision and don't

15          know that they have diabetes, and that's the first

16          thing that we think of.  We send them to their

17          internist to get checked.

18    Q.    Got it.  But now you also recorded an impression

19          of cataracts, correct?

20    A.    Yes.

21    Q.    In August of 2005.  You had not recorded that

22          impression before; is that true?

23    A.    That's correct.

24    Q.    Is it fair to say that you saw cataracts in Mr.

25          Carroll's eyes when you examined them?
```

Nat Douget Court and Video Reporters
800-259-9900 Phone          800-259-5672 Fax

Dr. W.L. Iglinsky
July 18, 2006

Page 33

1   A.   Yeah.  But they weren't real impressive.  They

2        were just -- a cataract is, again, a relative

3        term.

4             Mr. Weinberger:

5             Off the record.

6             Witness:

7             Okay.

8             (REPORTER'S NOTE:

9             Whereupon there was a discussion off the

10            record.  After which, testimony resumed as

11            follows:)

12            Mr. Weinberger:

13            Back on the record.

14  Q.   (Mr. Weinberger.)  He had minimal cataracts?

15  A.   Minimal, yes.

16  Q.   On examination, you didn't recommend that he have

17       surgery or anything like that?

18  A.   Not at all.

19  Q.   But you probably told him that you wanted to watch

20       it?

21  A.   We would watch it, yes.

22  Q.   Dr. Iglinsky, you don't think the cataracts are

23       related to carbon monoxide exposure, do you?

24  A.   No.

25  Q.   Do you?