UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

DIVISION LAKE CHARLES

<u>NOTICE OF MANUAL ATTACHMENT</u>

CASE# 2:05-CV-0307

GEORGE CARROLL, ET AL

    VS.

PRAXAIR, INC.

ATTACHMENTS TO:

| | |
|---|---|
| DESCRIPTION: | PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT, PRAXAIR, INC.'S MOTION TO STRIKE UNRELIABLE EXPERT TESTIMONY |
| FILED BY: | PLAINTIFF |
| FILE DATE: | 02/07/07 |

ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE