



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GEORGE CARROLL, ET AL. | : | DOCKET NO. 2:05cv 0307 |
| VS. | : | JUDGE MINALDI |
| PRAXAIR, INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein, IT IS ORDERED that the Motion in Limine to Exclude Unreliable Expert Testimony [doc. 35] filed by Praxair, Inc. ("Praxair") is DENIED.

Dr. Gary Kohler shall be permitted to give opinion testimony on his pulmonological findings and on causation as they relate to those findings. Dr. Kohler shall not be allowed to give causation testimony regarding neuropathy, blurred vision, and memory disturbance.

Dr. Reynard Odenheimer shall be permitted to give opinion testimony regarding the causal relationship between George Carroll's encephalopathy and carbon monoxide exposure. Dr. Odenheimer shall not be allowed to give causation testimony regarding peripheral neuropathy to the extent that it is inconsistent with his prior testimony.

Dr. Earl Stagg shall be permitted to give opinion testimony regarding the causal relationship between George Carroll's Type II diabetes and carbon monoxide exposure.

Dr. W.L. Iglinsky shall be permitted to give opinion testimony regarding the causal relationship between George Carroll's blurred vision and carbon monoxide exposure.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22 day of February, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT COURT